IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VICTOR FIGUEROA and FRANCES PALACIO,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF CAMDEN, et al.,<br><br>    Defendants. | HON. JEROME B. SIMANDLE<br><br>Civil No. 09-4343 (JBS/AMD)<br><br><br>**ORDER** |

This matter having come before the Court upon the motions for summary judgment filed by Defendant Gransden [Docket Item 36], Defendants Camden and Roberts [Docket Item 37] and Defendant Venegas [Docket Item 38]; the Court having considered the submissions of the parties in support thereof and opposition thereto; for the reasons stated in the Opinion of today's date; and for good cause shown;

IT IS this   **28th**   day of **August, 2012** hereby

ORDERED that the motions for summary judgment are **DENIED**.

                            **s/ Jerome B. Simandle**
                            JEROME B. SIMANDLE
                            Chief U.S. District Judge