```
                  IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| VICTOR FIGUEROA and FRANCES PALACIO,<br><br>           Plaintiffs,<br><br>     v.<br><br>CITY OF CAMDEN, et al.,<br><br>           Defendants. | HON. JEROME B. SIMANDLE<br><br>Civil No. 09-4343 (JBS/AMD)<br><br><br>**<u>ORDER</u>** |

This matter having come before the Court upon Defendant Arturo Venegas's motion for reconsideration [Docket Item 50]; the Court having considered the submissions of the parties in support thereof and opposition thereto; for the reasons stated in the Memorandum Opinion of today's date; and for good cause shown;

IT IS this **4th** day of **December**, **2012** hereby

ORDERED that the motion for reconsideration is DENIED.

                                    **s/ Jerome B. Simandle**
                                    JEROME B. SIMANDLE
                                    Chief U.S. District Judge