```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| VICTOR FIGUEROA and FRANCES PALACIO,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF CAMDEN, et al.,<br><br>        Defendants. | HON. JEROME B. SIMANDLE<br><br>Civil No. 09-4343 (JBS/AMD)<br><br><br>**ORDER** |

This matter having come before the Court upon Defendant Arturo Venegas's motion for reconsideration [Docket Item 50]; the Court having considered the submissions of the parties in support thereof and opposition thereto; for the reasons stated in the Memorandum Opinion of today's date; and for good cause shown;

IT IS this __**4th**__ day of __**December**__, **2012** hereby

ORDERED that the motion for reconsideration is DENIED.

                                **s/ Jerome B. Simandle**
                                JEROME B. SIMANDLE
                                Chief U.S. District Judge